435 A.2d 246

Commonwealth v. Mitchell a/k/a Azim, Appellant.

Submitted September 11, 1980. Harry A. Rubin, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.